# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| EDWARD ELLICK JONES, III,    | Case No. 1:12-cv-01497-LJO-DLB PC |
|---|---|
| Plaintiff,                   | **ORDER TO SHOW CAUSE** |
| v.                           | ECF No. 6 |
| ALL MAIL ROOM STAFF, et al., | RESPONSE DUE WITHIN TWENTY-ONE DAYS |
| Defendants.                  | |

Plaintiff Edward Ellick Jones, III, ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On September 28, 2012, the Court ordered Plaintiff either to file an application to proceed in forma pauperis or to pay the filing fee in full within forty-five days. ECF No. 6. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **twenty-one (21) days** why this action should not be dismissed for failure to obey a court order. Failure to timely respond or otherwise show cause will result in a recommendation of dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **November 26, 2012**          /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE

1